No. 382. JULIUS CONRAD ET AL. *v.* THE MAZATLAN, AND THE OWNER THEREOF, ETC. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Donovan* for petitioners. *Mr. Edward J. McCutchen, Mr. Farnham P. Griffiths* and *Mr. Robert M. Clarke* for respondents.

No. 386. INDIAN TERRITORY ILLUMINATING OIL COMPANY *v.* BARTLESVILLE ZINC COMPANY ET AL. Appeal from the Circuit Court of Appeals for the Third Circuit. October 8, 1923. Petition for a writ of certiorari herein denied. *Mr. Watson B. Robinson, Mr. William J. Hughes* and *Mr. Charles A. Frueauff,* for appellant, in support of the petition. *Mr. Joseph B. Cotton,* for appellees, in opposition to the petition. [See *ante,* 673.]

No. 410. NE-GON-AH-E-QUAINCE, OR MRS. C. C. CLARK, ET AL. *v.* OTTO H. HORN. October 8, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Webster Ballinger* and *Mr. Frank D. Beaulieu* for petitioners. *Mr. John L. Erdall* for respondent.

No. 413. BUHL INDEPENDENT SCHOOL DISTRICT No. 3, IN TWIN FALLS COUNTY, IDAHO, *v.* NEIGHBORS OF WOODCRAFT. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Fremont Wood* for petitioner. *Mr. James H. Richards* and *Mr. Oliver O. Haga* for respondent.

No. 414. AMERICAN MILLS COMPANY *v.* GEORGE F. HOFFMAN ET AL., COPARTNERS, ETC. October 8, 1923. Pe-